SIMON GIFTER

Index #: 1:18-CV-03477-JPO

Plaintiff(s)

-against-

Date Filed:

KOSHER MEDIA, INC.

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DENISE LEWIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 26, 2018 at 06:28 PM at

C/O SHAI NEUBAUER
1236 BERGEN AVENUE (PRIVATE HOUSE)
BROOKLYN, NY11234

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET on KOSHER MEDIA, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. NEUBAUER personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GREY | 68 | 5'7 | 190 |

Sworn to me on:  April 27, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY  10007

**DENISE LEWIS**
License #: 2006009

Docket #:    *1071345*